IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN ARRANT,

      Petitioner,                    No. CIV S-08-2585 EFB P

    vs.

A. HEDGPETH,

      Respondent.          <u>ORDER</u>

                            /

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. However, petitioner has commenced this action in the wrong district.

      Petitioner was convicted in the San Bernardino County Superior Court, but is confined Kern Valley State Prison in Kern County. Although this court and the United States District Court in the district where petitioner was convicted both have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499-500 (1973), witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of conviction. *Id.* at 499 n. 15; 28 U.S.C. § 2241(d).

      Therefore, the court transfers this action to the United States District Court for the Central District of California. 28 U.S.C. §§ 84(c); 1404(a).

/////

1

1     Accordingly, it is ORDERED that this action is transferred to the United States District
2 Court for the Central District of California.
3 DATED: November 12, 2008.

                                     EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE